IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    Plaintiff,

                                    CR No. 16-580 RB

v.

**JOSE REMBERTO GUZMAN-DOMINGUEZ,**

    Defendant.

## DEFENDANT'S WITNESS LIST

COMES NOW the defendant, Jose Remberto Guzman-Dominguez, by counsel, Caleb Kruckenberg and Steve Sosa, and respectfully submits the following list of witnesses he may call at trial. Defendant respectfully requests that he be permitted to supplement this witness list as needed before or during the trial.

1. Robert U. Alvarez, Spokane, Washington

2. Gilbert Apodaca, Las Cruces, New Mexico

3. Sara Buesgens, Phoenix, Arizona

                                         Respectfully submitted,

                                         FEDERAL PUBLIC DEFENDER
                                         506 S. Main, Suite 400
                                         Las Cruces, New Mexico 88001
                                         (575) 527-6930

                                         *Electronically filed (July 7, 2016)*
                                         By: /s/ Caleb Kruckenberg
                                                Caleb Kruckenberg
                                                Assistant Federal Public Defender

I hereby certify that a true copy of the foregoing pleading has been served on Brock Taylor, Assistant United States Attorneys, pursuant to the District Court's ECF system, on July 7, 2016.

*Electronically filed (July 7, 2016)*
By: /s/ Caleb Kruckenberg
      Caleb Kruckenberg
      Assistant Federal Public Defender